**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | |
| AILEEN CONDE AGUILAR | CASE: 15-09237-BKT |
| Debtor(s) | CHAPTER 13 |

**TRUSTEE'S MOTION TO SUSTAIN OBJECTION TO CLAIM 06**
**DKT.24**

**TO THE HONORABLE COURT:**

   **COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully, **ALLEGES, STATES** and **PRAYS:**

   1. On **06/17/2016,** the Trustee objected **Claim No. 06** filed on **01/26/2016,** by debtor's attorney on behalf **"BANCO POPUPAR DE PUERTO RICO"** for failure to present evidence of perfection of security. As such, Trustee requested that said claim would be allowed as unsecured. **Dkt.24.**

   2. On **07/18/2016,** creditor filed Answer to Objection; however, no evidence has been presented of perfection of security. What is more, as per title study attached to proof of claim number 6 the same shows that the mortgage deed was notified to the notary Mr. Melvin E. Rodriguez Torres for having a fault on March 5,2016. As per title study, if further shows that the notification expired on May 4, 2014 and that the document itself was withdrawn from the registry on May 30th 2016. (**see below as reproduced from Proof of claim number 6,page 44 of 45**)

**ASIENTO 539 DIRARIO 1162:** Se presentó el 12 de agosto de 2011, escritura 283, otorgada en San Juan el 1 de agosto de 2011, ante el notario Melvin E. Rodríguez Torres, mediante la cual se inscribe a favor de Doral Mortgage la finca 36,730 de Caguas, solar marcado 12-a de la Urbanización Villas de Castro con una cabida de 195.00mc. Valor de la transacción $84,991.00. **Notificado:** el 5 de marzo de 2012 por la siguiente falta: El documento que le precede fue notificado, deberá corregirse la falta del mismo. **Caducado:** el 4 de mayo de 2014. **Recogido:** el 30 de mayo de 2014.

3. On July 19, 2016 the Trustee filed a Notice of Withdrawal of objection to proof of claim number 6 (dkt 26), however, that same day, Trustee withdrew his request to withdraw his objection (dkt 27). This Honorable Court granted Trustee's withdrawal at **docket 27**, thus, **objection still stand**s, hence we hereby **sustain our objection to proof of claim number six** (6) and request that the same <u>**be allowed as a general unsecured claim**</u>.

4. FBRP 3001(d) requires that the proof of claim filed as secured shall be accompanied by evidence of the security interest. In the instant case, claimant has failed to provide evidence of perfection of security.

5. For the reasons stated above the Trustee herein sustains his objection to claim **06** since **BANCO POPUPAR DE PUERTO RICO** has failed to demonstrate the alleged security status.

6. Debtor(s) is/are not a member of the U.S. Armed Forces, the Coast Guard, the Public Health Service or the National Oceanic and Atmospheric Administration, as evidenced by the Certificate issued by the U.S. Department of Defense, copy of which is attached only to the original of this motion and movant's copy.

**WHEREFORE**, the Trustee most respectfully requests this Honorable Court to allow claim **06** as general unsecured.

**RESPECTFULLY SUBMITTED.**

<u>**NOTICE**</u>

**Within fourteen (14) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (1) the requested

relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) and ASOCIACION RESIDENTES VALLE DE ANDALUCIA INC c/o MRS MARIELI RODRIGUEZ at the address of record.

In San Juan, Puerto Rico, this 7th day of November, 2016.

**/S/ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 787-977-3500
Fax 787-977-3521
aorecf@ch13sju.com


**By: /s/Pedro Rafael Medina Hernández**
Pedro Rafael Medina Hernández
USCD 226614
pmedina@ch13sju.com
Tel. 977-3500



Department of Defense Manpower Data Center

Results as of : Nov-09-2016 06:48:05 AM

SCRA 3.0

## Status Report
### Pursuant to Servicemembers Civil Relief Act

Last Name: CONDE AGUIAR

First Name: AILEEN

Middle Name:

Active Duty Status As Of: Nov-09-2016

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ý 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via this URL: https://kb.defense.gov/PublicQueries/publicQuestions/FaqsAnswers.jsp?Subject=Locating Service Members or Getting a Mailing Addresss. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ý 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: U2O6V7BFZ402YB0